396 A.2d 39

Commonwealth v. McCune, Appellant.

Argued April 14, 1978. Perry F. DiCola, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

The above case was decided prior to the retirement of HOFFMAN, J.